J. CRAIG CRAWFORD (State Bar No. 238466)
BINA G. PATEL (State Bar No. 315352)
JOHN McCAULEY (State Bar No. 274197)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-ccrawford@coblentzlaw.com
ef-bgp@cpdb.com
ef-jmccauley@coblentzlaw.com

Attorneys for Defendant
Sycomp A Technology Company, Inc.

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GEN DIGITAL, INC. (f/k/a SYMANTEC CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>SYCOMP, A TECHNOLOGY COMPANY, INC., and NORTH AMERICAN SYSTEMS INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 3:24-cv-04106-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Honorable Charles R. Breyer |

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

The Court, having considered Defendant Sycomp A Technology Company, Inc.'s ("Sycomp") Administrative Motion to Seal filed in connection with Sycomp's Motion for Summary Judgment pursuant to Civil Local Rules 7-11 and 79-5(c), the Court hereby rules as follows:

| Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|
| Sycomp's Motion for Summary Judgment | Highlighted portions at:<br><br>Page 6, Lines 10, 12-15; Page 7, Lines 2-6; Page 8, Lines 2-13; Page 16, Lines 26, 28 | |
| Exhibit 1 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 2 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 3 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 4 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 5 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 6 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 7 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary | Entire document | |

| | | |
|---|---|---|
| Judgment | | |
| Exhibit 8 to the Declaration of Susan B. Tutana in Support of Sycomp's Motion for Summary Judgment | Entire document | |

**IT IS SO ORDERED.**

DATED: October 27, 2026

THE HONORABLE CHARLES R., BREYER
UNITED STATES DISTRICT COURT JUDGE

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663