J. CRAIG CRAWFORD (State Bar No. 238466)
BINA G. PATEL (State Bar No. 315352)
JOHN McCAULEY (State Bar No. 274197)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-ccrawford@coblentzlaw.com
ef-bgp@cpdb.com
ef-jmccauley@coblentzlaw.com

Attorneys for Defendant
Sycomp A Technology Company, Inc.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 • FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GEN DIGITAL, INC. (f/k/a SYMANTEC CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>SYCOMP, A TECHNOLOGY COMPANY, INC., and NORTH AMERICAN SYSTEMS INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 3:24-cv-04106-CRB<br><br>**~~[PROPOSED]~~ ORDER DENYING**<br><br>**RE: DEFENDANT SYCOMP A TECHNOLOGY COMPANY, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Honorable Charles R. Breyer |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Having considered Defendant Sycomp A Technology Company, Inc.'s ("Sycomp") Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil Local Rule 79-5(f) in connection with Sycomp's Motion for Summary Judgment, the Court hereby rules as follows:

| Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|
| Sycomp's Motion for Summary Judgment | Highlighted portions at:<br><br>Page 3, Lines 16-26; Page 4, Lines 1-16, 19-21, 23-24, 27-28; Page 5, Lines 1-7, 9-13; Page 6, Lines 1-8, 16-23, 26-28; Page 7, Lines 8-11, 13-16, 22-28; Page 15, Lines 13-16, 19-28; Page 16, Lines 1-10, 14-16, 18; Page 17, Lines 2-4, 17-18 | |
| Exhibit 1 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 2 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 3 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 4 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 5 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 6 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 7 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |

| | | |
|---|---|---|
| Exhibit 8 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 9 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 10 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 11 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |
| Exhibit 12 to the Declaration of J. Craig Crawford in Support of Sycomp's Motion for Summary Judgment | Entire document | |

**IT IS SO ORDERED.**

The motion is denied for Plaintiff's failure to submit a declaration in line with Local Rule 79-5(f)(3), with leave to file such a declaration within 7 days.

DATED: October 27, 2026

THE HONORABLE CHARLES R., BREYER
UNITED STATES DISTRICT COURT JUDGE

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663